# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 28, 2022

## NO. 03-21-00003-CV

**Glenn Hegar, in his Official Capacity as Texas Comptroller of Public Accounts, Appellant**

**v.**

**Texley Incorporated d/b/a Glamour Girls, Appellee**

### APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
### DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on December 15, 2020. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.